1 DANIEL J. BRODERICK, #89424
Federal Defender
2 CARO MARKS, Bar #159267
Senior Litigator
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO ZAVALA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-185 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| ANTONIO ZAVALA-MARTINEZ, | ) |
| Defendant. | ) Date:  June 29, 2007<br>) Time:  9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

ANTONIO ZAVALA-MARTINEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Kyle Reardon, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Trial Confirming date of June 15, 2007 and the Jury Trial date of July 3, 2007 and set a Status Conference date of June 29, 2007 at 9:00 a.m..

parties need additional time to complete their respective investigations, including ongoing sentencing guidelines research. Both parties request a continuance for this purpose and to explore the

1  possibility of a resolution of the case.

2      IT IS STIPULATED between the parties that the time period between
3  the signing of this Order up to and including June 29, 2007, be
4  excluded in computing the time within which trial must commence under
5  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
6  Local Code T4, for ongoing preparation of counsel.

8  Dated:  June 14, 2007
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
10                                  Federal Defender

                                    /s/ Caro Marks
12                                  _____
                                    CARO MARKS
13                                  Attorney for Defendant
                                    ANTONIO ZAVALA-MARTINEZ

15  Dated: June 14, 2007             /s/ Kyle Reardon
16                                  _____
                                    KYLE REARDON
                                    Assistant United States Attorney

18  **ORDER**

19  IT IS SO ORDERED.

20  Dated:  June 15, 2007

22                                  _____
                                    GARLAND E. BURRELL, JR.
23                                  United States District Judge

Name of Pleading                -2-