DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO ZAVALA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-185 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| ANTONIO ZAVALA-MARTINEZ, ) | |
| ) | Date:  July 27, 2007 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

ANTONIO ZAVALA-MARTINEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Kyle Reardon, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of June 29, 2007, and set a new Status Conference Date of July 27, 2007 at 9:00 a.m..

The defense needs additional time to complete its investigation into one of Mr. Zavala-Martinez's prior convictions.  Mr. Zavala cannot make an informed decision whether to resolve his case by plea or jury

1  trial until this investigation is completed.

2      IT IS STIPULATED between the parties that the time period between
3  the signing of this Order up to and including July 27, 2007, be
4  excluded in computing the time within which trial must commence under
5  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
6  Local Code T4, for ongoing preparation of counsel.

8  Dated:  June 20, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        ANTONIO ZAVALA-MARTINEZ

15 Dated: June 20, 2007                  /s/ Kyle Reardon
                                         _____
                                         KYLE REARDON
                                         Assistant United States Attorney

18 **ORDER**

19 Dated:  June 28, 2007

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

Name of Pleading                    -2-