McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO ZAVALA-MARTINEZ, ) <br>   aka Antonio Martinez-Zavala, ) <br>   aka Antonio Zavala, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. No. S-07-0185 GEB <br><br> STIPULATION and [PROPOSED] ORDER |

The parties request that the status conference currently set for Friday, October 26, 2007, at 9:00 a.m., be continued to Friday, December 7, 2007, at 9:00 a.m., and stipulate that the time beginning October 26, 2007, and extending through December 7, 2007, should be excluded from the calculation of time under the Speedy Trial Act. This delay is necessary in order to permit continued investigation by defense counsel regarding a matter which will impact the ultimate resolution of the case. Accordingly, an exclusion of time under 18 U.S.C. § 3161 et seq., is appropriate.

///

///

Specifically, the need for defense investigation and adequate preparation of counsel is necessary to meet the ends of justice. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv); Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: October 24, 2007          By:/s/ *Kyle Reardon*
                                     KYLE REARDON
                                     Assistant U.S. Attorney

Dated: October 24, 2007          By:/s/ *Kyle Reardon* for
                                     GILBERT A. ROQUE
                                     Attorney for defendant

**ORDER**

The status conference in case number S-07-0158 GEB, currently set for October 26, 2007, at 9:00 a.m., is continued to December 7, 2007, at 9:00 a.m., and the time beginning October 26, 2007, and extending through December 7, 2007, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: October 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge