McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO ZAVALA-MARTINEZ, ) <br>   aka Antonio Martinez-Zavala, ) <br>   aka Antonio Zavala, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-07-0185 GEB <br><br> STIPULATION and [PROPOSED] ORDER |

    The parties request that the status conference currently set for Friday, December 7, 2007, at 9:00 a.m., be continued to Friday, December 21, 2007, at 9:00 a.m., and stipulate that the time beginning December 7, 2007, and extending through December 21, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  This delay is necessary in order to permit continued investigation by defense counsel regarding a matter which will impact the ultimate resolution of the case.  Accordingly, an exclusion of time under 18 U.S.C. § 3161 et seq., is appropriate.

///

///

1

1  Specifically, the need for defense investigation and adequate
2  preparation of counsel is necessary to meet the ends of justice.  18
3  U.S.C. § 3161(h)(8)(A) and (B)(iv); Local Code T4.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: December 4, 2007           By:/s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


Dated: December 4, 2007           By:/s/ Kyle Reardon for
                                    GILBERT A. ROQUE
                                    Attorney for defendant



**ORDER**

   The status conference in case number S-07-0158 GEB, currently
set for December 7, 2007, at 9:00 a.m., is continued to December 21,
2007, at 9:00 a.m., and the time beginning December 7, 2007, and
extending through December 21, 2007, is excluded from the
calculation of time under the Speedy Trial Act in accordance with 18
U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T4.
IT IS SO ORDERED.

Dated:  December 6, 2007

                                    _____
                                    GARLAND E. BURRELL, JR
                                    United States District Judge